IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| GREATAMERICA LEASING CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civ. No. 05-2365-B/P |
| BETH-REACH, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO WITHDRAW

Before the court is defendant Bethel AME Church's Motion to Withdraw, filed May 27, 2005. A review of the record shows that defendant did not comply with Local Rule 83.1(h) which states that

> no attorney of record may withdraw in any case except on written motion and court order. All motions for leave to withdraw shall include the reasons requiring withdrawal and the name and address of any substitute counsel. If the name of substitute counsel is not known, the motion shall set forth the name, address and telephone number of the client, as well as the signature of the client approving the withdrawal or a certificate of service on the client. Ordinarily, withdrawal will not be allowed if withdrawal will delay the trial of the action.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05

Therefore, defendant's motion is DENIED, without prejudice. The defendant may renew its motion by complying with Local Rule 83.1(h).

    IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

    June 2, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02365 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Randall D. Armentrout
700 Walnut
Suite 1600
Des Moines, IA 50309

Sharon Modracek
Linn County Courthouse
Third Ave Bridge
P.O. Box 1468
Cedar Rapids, IA 52406

Benjamin P. Roach
Nyemaster, Goode, West, Hansell & O'Brien, P.C.
700 Walnut
Suite 1600
Des Moines, IA 50309

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT